902

No. 75–881.  HOOBAN v. BOARD OF GOVERNORS, WASH-
INGTON STATE BAR ASSN.  Appeal from Sup. Ct. Wash.
dismissed for want of substantial federal question.

No. 75–5945.  HICKOX v. CALIFORNIA.  Appeal from
Ct. App. Cal., 4th App. Dist., dismissed for want of sub-
stantial federal question.

No. 75–5980.  JOHNSON v. ILLINOIS.  Appeal from
App. Ct. Ill., 1st Dist., dismissed for want of substantial
federal question.

No. 75–921.  WILD v. RARIG ET AL.  Appeal from Sup.
Ct. Minn. dismissed for want of jurisdiction.  Treating
the papers whereon the appeal was taken as a petition
for writ of certiorari, certiorari denied.  MR. JUSTICE
BLACKMUN took no part in the consideration or decision
of this case.

No. 75–5915.  JONES v. SOUTHERN HOME INSURANCE
Co.  Appeal from Ct. App. Ga. dismissed for want of
jurisdiction.  Treating the papers whereon the appeal
was taken as a petition for writ of certiorari, certiorari
denied.

No. 75–6015.  SANCHEZ v. VALDEZ.  Appeal from Sup.
Ct. N. M. dismissed for want of jurisdiction.  Treating
the papers whereon the appeal was taken as a petition
for writ of certiorari, certiorari denied.